

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MEL:JRS
F. #2019R00382

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 5, 2019

<u>By E-mail</u>

The Honorable Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   In re Searches of Cellular Telephones
              <u>Docket Nos. 19-MC-1164 and 19-MC-1314</u>

Dear Judge Pollak:

      The government respectfully submits this letter to request that the Court order that the above-captioned matters be unsealed in their entirety.

                             Respectfully submitted,

                             RICHARD P. DONOGHUE
                             United States Attorney

                By:      /s/
                             Jonathan Siegel
                             Assistant U.S. Attorney
                             (718) 254-6293

Enclosure

cc:    Clerk of Court (by ECF)

MEL:JRS
F.# 2019R00382

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

IN THE MATTER OF THE SEARCH OF THE
CELLULAR TELEPHONES ASSIGNED (1)
CALL NUMBER 201-283-7734, WITH
INTERNATIONAL MOBILE SUBSCRIBER
IDENTITY NUMBER 354255097677993, AND
(2) CALL NUMBER 347-512-5605,

and

IN THE MATTER OF THE USE OF A CELL-
SITE SIMULATOR TO LOCATE THE
CELLULAR DEVICE ASSIGNED CALL
NUMBER 201-283-7734, WITH
INTERNATIONAL MOBILE SUBSCRIBER
IDENTITY NUMBER 354255097677993

P R O P O S E D   O R D E R

No. 19-MC-1163
No. 19-MC-1413

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Jonathan Siegel, for an order unsealing the above-caption matters in their entirety:

WHEREFORE, it is ordered that the entire matters be unsealed.

Dated:   Brooklyn, New York
         June 5, 2019

_____
HONORABLE CHERYL L. POLLAK
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK